**McGuireWoods LLP**
Matthew C. Kane, Esq. (SBN 171829)
  Email: mkane@mcguirewoods.com
Sara E. Willey, Esq. (SBN 249701)
  Email: swilley@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant
KELLOGG USA, INC.

ADR

E-FILING

FILED

2008 AUG 26  A 10: 22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGELINA SANCHEZ,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>KELLOGG USA, INC.; DOES 1-20,<br><br>　　　　Defendants. | CASE NO: C 08 04062 HRL<br>[Santa Clara County Superior Court Case No. 108CV117192]<br><br>**DECLARATION OF LUPE CHRISTENSEN IN SUPPORT OF NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT**<br><br>Complaint Filed: July 14, 2008 |

\6510401.1

DECLARATION OF LUPE CHRISTENSEN I/S/O NOTICE OF REMOVAL

# DECLARATION OF LUPE CHRISTENSEN

I, LUPE CHRISTENSEN, DECLARE:

1. I have personal knowledge of the facts and matters set forth in this declaration and I could and would testify competently and truthfully to the same if called as a witness and placed under oath. I am over 18 years of age.

2. I am the Human Resources Manager for the facility of Defendant Kellogg USA, Inc. where Plaintiff Angelina Sanchez worked. In my position, I have access to and am familiar with the personnel and payroll records of current and former employees at that facility. I have reviewed such personnel and payroll records relating to Plaintiff Angelina Sanchez.

3. Plaintiff Angelina Sanchez's employment with Defendant Kellogg USA, Inc. terminated on March 9, 2007. At that time, Plaintiff was earning $16.39 per hour, and was a full-time employee scheduled to work a full-time schedule of at least 2,080 hours per year.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 25, 2008, at San Jose, California.

_____
LUPE CHRISTENSEN

\6510401.1

2
DECLARATION OF LUPE CHRISTENSEN I/S/O NOTICE OF REMOVAL