McGuireWoods LLP
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Sara E. Willey, Esq. (SBN 249701)
    Email: swilley@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant
KELLOGG USA, INC.

FILED

2008 AUG 26  A 10: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANGELINA SANCHEZ,<br><br>   Plaintiffs,<br><br>vs.<br><br>KELLOGG USA, INC. DOES 1-20,<br><br>   Defendants. | CASE NO: C08 04062 HRL<br>[Santa Clara County Superior Court Case No. 108CV117192]<br><br>**NOTICE TO PLAINTIFF AND COUNSEL OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>Complaint Filed:  July 14, 2008 |

\6503846.1

NOTICE TO PLAINTIFF AND COUNSEL OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

TO PLAINTIFF ANGELINA SANCHEZ AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 26, 2008, Defendant Kellogg USA, Inc. ("Defendant") filed in the United States District Court for the Northern District of California (the "Federal Court") a Notice of Removal (the "Removal Notice") of the above-entitled action from the Superior Court of the State of California, County of Santa Clara (the "State Court"), to the Federal Court pursuant to 28 U.S.C. sections 1332, 1441, and 1446, and all other applicable bases for removal, and also on August 26, 2008, filed in the State Court a Notice to State Court of Removal of Civil Action to Federal Court, together with a copy of the Removal Notice.

DATED: August 26, 2008

McGuireWoods LLP

By: [signature]
Matthew C. Kane, Esq.
Attorneys for Defendants
KELLOGG USA, INC.