1  **McGuireWoods LLP**
   Matthew C. Kane, Esq. (SBN 171829)
2         Email: mkane@mcguirewoods.com
   Sara E. Willey, Esq. (SBN 249701)
3         Email: swilley@mcguirewoods.com
   1800 Century Park East, 8th Floor
4  Los Angeles, California 90067
   Telephone: (310) 315-8200
5  Facsimile: (310) 315-8210

6  Attorneys for Defendant
   KELLOGG USA, INC.
7

FILED

2008 AUG 26  A 10: 22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

E-FILING

8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION

11  ANGELINA SANCHEZ,                CASE NO: C08 04062 HRL

12         Plaintiffs,                [Santa Clara County Superior Court
                                      Case No. 108CV117192]
13    vs.
                                      **CERTIFICATION OF INTERESTED
14  KELLOGG USA, INC. DOES 1-20,      ENTITIES OR PARTIES**

15         Defendants.                [Northern District Local Rule 3-10]

16                                    Complaint Filed:    July 14, 2008

---

CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Northern District Local Rule 3-16, the undersigned, counsel of record for Defendant KELLOGG USA , INC. in the above-captioned matter certifies that to its knowledge there are no interested parties in the outcome of this case other than:

1. Angelina Sanchez;
2. Kellogg USA, Inc.; and
3. The Kellogg Company.

DATED: August 26, 2008

McGuireWoods LLP

By: _____
Matthew C. Kane, Esq.
Attorneys for Defendants
KELLOGG USA, INC.

\6510617.1