**McGuireWoods LLP**
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Sara E. Willey, Esq. (SBN 249701)
    Email: swilley@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant
KELLOGG USA, INC.

FILED

2008 AUG 26  A 10: 22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGELINA SANCHEZ,<br><br>          Plaintiffs,<br><br>   vs.<br><br>KELLOGG USA, INC.; DOES 1-20,<br><br>          Defendants. | CASE NO:<br>C08 04062 HRL<br>[Santa Clara County Superior Court<br>Case No. 108CV117192]<br><br>**NOTICE OF NO RELATED CASES**<br><br>Complaint Filed:     July 14, 2008 |

NOTICE OF NO RELATED CASES

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
2  DISTRICT OF CALIFORNIA, PLAINTIFF ANGELINA SANCHEZ AND HER
3  ATTORNEYS OF RECORD:

5  Pursuant to Northern District Local Rule 3-12, Defendant Kellogg USA, Inc.
6  ("Defendant") hereby avers that, to its knowledge, no action previously filed or currently pending
7  in the Northern District appears to arise from the same or substantially identical transactions,
8  happenings or events as those alleged in Plaintiff's pending lawsuit.

10  To Defendant's knowledge, no action previously filed or currently pending in the Northern
11  District appears to call for determination of the same or substantially identical questions of law
12  and fact or will entail substantial duplication of labor if heard by different judges.

14  DATED: August 26, 2008        McGuireWoods LLP

17                                By: _____
                                   Matthew C. Kane, Esq.
18                                 Attorneys for Defendants
                                   KELLOGG USA, INC.

20  \6510608.1