| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | **McGuireWoods LLP**<br>Matthew C. Kane, Esq. (SBN 171829)<br>　　Email: mkane@mcguirewoods.com<br>Sara E. Willey, Esq. (SBN 249701)<br>　　Email: swilley@mcguirewoods.com<br>1800 Century Park East, 8th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 315-8200<br>Facsimile: (310) 315-8210 |
| 6<br>7 | Attorneys for Defendant<br>KELLOGG USA, INC. |

FILED

2008 AUG 26  A 10: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

E-FILING

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANGELINA SANCHEZ,<br>　　　　Plaintiffs,<br>vs.<br>KELLOGG USA, INC.; DOES 1-20,<br>　　　　Defendants. | CASE NO: C08 04062 HRL<br>[Santa Clara County Superior Court Case No. 108CV117192]<br>**PROOF OF SERVICE RE NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT AND RELATED DOCUMENTS**<br>Complaint Filed:　　July 14, 2008 |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

      On August 26, 2008, I served the following document(s) described as

1. **CIVIL COVER SHEET;**

2. **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT;**

3. **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES;**

4. **NOTICE OF NO RELATED CASES;**

5. **DECLARATION OF LUPE CHRISTENSEN IN SUPPORT OF NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT; and**

6. **NOTICE TO PLAINTIFF AND COUNSEL OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT.**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

[X] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

[ ] **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

[ ] **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

[ ] **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

1  ☐  **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 26, 2008, at Los Angeles, California.

*Cherlyn Hunt*
Cherlyn Hunt

6510678.1

-3-

| | |
|---|---|
| 1 | |
| 2 | Robert David Baker, Inc, |
|   | Robert David Baker, Esq. |
| 3 | Tim Reed, Esq. |
|   | 1611 The Alameda |
| 4 | San Jose, CA  95126 |
|   | T: 408-292-8555 |
| 5 | F: 408-292-0703 |
|   | Attorney for Plaintiff |
| 6 | Angelina Sanchez |

**SERVICE LIST**

6510678.1