IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Angelina Sanchez, | NO. C 08-04062 JW |
|     Plaintiff, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Kellogg USA, Inc., | |
|     Defendant. | |

On October 26, 2009, the parties are scheduled to appear for a Preliminary Pretrial Conference. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Preliminary Pretrial Conference Statement. (hereafter, "Statement," Docket Item No. 27.) In their Statement, the parties represent that Defendant intends to file a motion for summary judgment on or before December 21, 2009 and that they are attempting to resolve the case "informally." (Id.) Based on their joint submission, the Court finds good cause to VACATE the Preliminary Pretrial Conference at this time and ORDERS as follows:

(1) A hearing on Defendants' anticipated motion for summary judgment will be held on **February 8, 2010 at 9 a.m.** All briefing shall be completed on or before **January 15, 2010.**

(2)ух The Court will set a new Preliminary Pretrial Conference date in its Order addressing Defendant's anticipated motion for summary judgment.

Dated: October 21, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Curtis L Mack cmack@mcguirewoods.com
Halima Horton hhorton@mcguirewoods.com
Matthew C. Kane mkane@mcguirewoods.com
Sara E. Willey swilley@mcguirewoods.com
Robert David Baker attyatlaw@earthlink.net

Dated: October 21, 2009                       **Richard W. Wieking, Clerk**

                                                      **By:    /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**