**ROBERT DAVID BAKER, INC.**
Robert David Baker (87314)
Email: attyatlaw@earthlink.net
80 South White Road
San Jose, California 95127
Telephone: 408-251-3400
Facsimile: 408-251-3401

Attorney for Plaintiff
ANGELINA SANCHEZ

**MCGUIREWOODS LLP**
Curtis L. Mack (PHV/Ga. Bar No. 463636)
Email: cmack@mcguirewoods.com
Halima Horton (PHV/Ga. Bar No. 367888)
Email: hhorton@mcguirewoods.com
1170 Peachtree St. N.E., Suite 2100
Atlanta, Georgia, 30309
Telephone: (404) 433-5500
Facsimile: (404) 443-5599

**MCGUIREWOODS LLP**
Matthew C. Kane, Esq. (171829)
Email: mkane@mcguirewoods.com
Sara E. Willey, Esq. (249701)
Email: swilley@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant
KELLOGG USA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ANGELINA SANCHEZ, <br><br> Plaintiff, <br><br> vs. <br><br> KELLOGG USA, INC., <br><br> Defendant. | CASE NO: 5:08-cv-04062-JW <br><br> STIPULATED DISMISSAL WITH PREJUDICE |

Plaintiff, ANGELINA SANCHEZ, and Defendant, KELLOGG USA, INC., by and through their attorneys hereby stipulate that all claims in the above captioned case be dismissed with prejudice, with each party to bear its own costs.

DATED:   January 14, 2010                          s/Robert David Baker
                                                   Robert David Baker
                                                   Attorney for Plaintiff




DATED:   January 14, 2010                          s/Halima Horton
                                                   Halima Horton
                                                   Attorney for Defendant




                        *********************

     This Court approves the terms of the parties' Settlement Agreement. The Clerk shall close this file.

This __22nd__ day of _____January_____, 2010.



                              _____
                              Hon. James Ware
                              United States District Judge